UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SKF USA INC.

                Plaintiff,

      v.                          CIVIL ACTION NO. CV 10-0786
                                   (Feuerstein, J.)

GL GENERAL INDUSTRIES CORP.

                Defendant.

---

## STIPULATED ORDER FOR PERMANENT INJUNCTION

Upon the Stipulation of Plaintiff SKF USA Inc. ("SKF") and Defendant GL General Industries Corp. ("General Industries"):

IT IS HEREBY ORDERED that General Industries, its officers, directors, employees, agents, servants, representatives, and in-house attorneys, and those persons in active concert or participation with them, are hereby PERMANENTLY RESTRAINED AND ENJOINED from manufacturing, distributing, advertising, promoting, or selling bearings or related parts and materials that use any marks or names that simulate or infringe upon Plaintiff's SKF® Trademarks or any other counterfeits, copies or comparable imitations thereof.

IT IS SO STIPULATED this 25th day of May, 2010.

_/s/ Adam Michaels_  
Kenneth J. King (KK 3567)  
Adam Michaels (AM 9120)  
PEPPER HAMILTON LLP  
The New York Times Building, 37th Floor  
620 Eighth Avenue  
New York, NY  10018-1405  
Tel: 212-808-2700  
Fax: 212-286-9806  

J. Anthony Lovensheimer (JL 4919)  
PEPPER HAMILTON LLP  
3000 Two Logan Square  
Eighteenth and Arch Streets  
Philadelphia, PA  19103-2799  
Tel: 215-981-4000  
Fax: 215-981-4750  

*Attorneys for Plaintiff*  
*SKF USA Inc.*

Paul J. Kennedy  
PEPPER HAMILTON LLP  
3000 Two Logan Square  
Eighteenth and Arch Streets  
Philadelphia, PA  19103-2799  
Tel: 215-981-4000  
Fax: 215-981-4750  

*Of Counsel*

_/s/ Anthony E. Bennett_  
Anthony E. Bennett  
Hoffmann & Baron LLP  
6900 Jericho Turnpike  
Syosset, NY  11791  
Tel: 516-822-3550  
Fax: 516-822-3582  

*Attorney for Defendant*  
*GL General Industries Corp.*

IT IS SO ORDERED this ___ day of May, 2010.

_____  
Hon. Sandra J. Feuerstein  
U.S. District Judge