UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SKF USA INC.

                Plaintiff,

v.                                 CIVIL ACTION NO. CV 10-0786
                                    (Feuerstein, J.)

GL GENERAL INDUSTRIES CORP.

                Defendant.

---

## STIPULATED ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff SKF USA Inc. ("SKF") and Defendant GL General Industries Corp. ("General Industries"), having entered into a settlement agreement, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), agree and stipulate that:

1. All claims raised by SKF against General Industries in the Complaint be hereby dismissed with prejudice;

2. Each party is to bear its own costs and attorneys' fees.

IT IS SO STIPULATED this ___ day of May, 2010.

*(signature: Adam Michaels)*

Kenneth J. King (KK 3567)
Adam Michaels (AM 9120)
PEPPER HAMILTON LLP
The New York Times Building, 37th Floor
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212-808-2700
Fax: 212-286-9806

J. Anthony Lovensheimer (JL 4919)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: 215-981-4000
Fax: 215-981-4750

*Attorneys for Plaintiff*
*SKF USA Inc.*

Paul J. Kennedy
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: 215-981-4000
Fax: 215-981-4750

*Of Counsel*

*(signature: Anthony C. Bennett)*

Anthony E. Bennett
Hoffmann & Baron LLP
6900 Jericho Turnpike
Syosset, NY 11791
Tel.: 516-822-3550
Fax: 516-822-3582

*Attorney for Defendant*
*GL General Industries Corp.*


IT IS SO ORDERED:

Dated: May ___, 2010

BY THE COURT:

_____
Hon. Sandra J. Feuerstein
U.S. District Judge