D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SKF USA INC.

                Plaintiff,

    v.

GL GENERAL INDUSTRIES CORP.

                Defendant.

CIVIL ACTION NO. CV 10-0786
(Feuerstein, J.)

---

## STIPULATED ORDER FOR PERMANENT INJUNCTION

Upon the Stipulation of Plaintiff SKF USA Inc. ("SKF") and Defendant GL General Industries Corp. ("General Industries"):

IT IS HEREBY ORDERED that General Industries, its officers, directors, employees, agents, servants, representatives, and in-house attorneys, and those persons in active concert or participation with them, are hereby PERMANENTLY RESTRAINED AND ENJOINED from manufacturing, distributing, advertising, promoting, or selling bearings or related parts and materials that use any marks or names that simulate or infringe upon Plaintiff's SKF® Trademarks or any other counterfeits, copies or comparable imitations thereof.

IT IS SO STIPULATED this 25th day of May, 2010.

_____
Kenneth J. King (KK 3567)
Adam Michaels (AM 9120)
PEPPER HAMILTON LLP
The New York Times Building, 37th Floor
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212-808-2700
Fax: 212-286-9806

J. Anthony Lovensheimer (JL 4919)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: 215-981-4000
Fax: 215-981-4750

*Attorneys for Plaintiff*
*SKF USA Inc.*

Paul J. Kennedy
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: 215-981-4000
Fax: 215-981-4750

*Of Counsel*

_____
Anthony E. Bennett
Hoffmann & Baron LLP
6900 Jericho Turnpike
Syosset, NY 11791
Tel: 516-822-3550
Fax: 516-822-3582

*Attorney for Defendant*
*GL General Industries Corp.*

IT IS SO ORDERED this 3 day of June, 2010.

_____
Hon. _____
U.S. District Judge

-2-