

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

SKF USA INC.

                    Plaintiff,

              v.

GL GENERAL INDUSTRIES CORP.

                    Defendant.

CIVIL ACTION NO. CV 10-0786
(Feuerstein, J.)

## STIPULATED ORDER PURSUANT TO FEDERAL RULE
## OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff SKF USA Inc. ("SKF") and Defendant GL General Industries Corp. ("General Industries"), having entered into a settlement agreement, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), agree and stipulate that:

1.      All claims raised by SKF against General Industries in the Complaint be hereby dismissed with prejudice;

2.      Each party is to bear its own costs and attorneys' fees.

IT IS SO STIPULATED this ⟨handwritten⟩ day of May, 2010.

Kenneth J. King (KK 3567)
Adam Michaels (AM 9120)
PEPPER HAMILTON LLP
The New York Times Building, 37th Floor
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212-808-2700
Fax: 212-286-9806

J. Anthony Lovensheimer (JL 4919)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: 215-981-4000
Fax: 215-981-4750

*Attorneys for Plaintiff*
*SKF USA Inc.*

Paul J. Kennedy
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: 215-981-4000
Fax: 215-981-4750

*Of Counsel*

Anthony E. Bennett
Hoffmann & Baron LLP
6900 Jericho Turnpike
Syosset, NY 11791
Tel.: 516-822-3550
Fax: 516-822-3582

*Attorney for Defendant*
*GL General Industries Corp.*

IT IS SO ORDERED:

Dated: May 3, 2010

BY THE COURT:

Hon. Sandra J. Feuerstein
U.S. District Judge

-2-